UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TAYLOR TOUSSAIN, | ) | No. CV 12-9541-AG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| W. WILSON, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that respondent's Motion to Dismiss is granted and the Petition is dismissed without prejudice to petitioner bringing the sole claim in the First Amended Petition in a civil rights action.

DATED: May 31, 2013

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE